UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**

SEP 2 7 2007

CLERK

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR. 07-40023 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| JOETTA GRACE DENSON, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

A hearing on the Government's Motion for Redetermination of Release (Doc. 31) was held on Thursday, September 27, 2007. After considering the evidence and testimony at the hearing, Defendant is found to have violated Condition No. 1 of the Order Setting Conditions of Release dated March 22, 2007. Upon considering the respective positions of counsel regarding revocation of the release order, it is hereby

ORDERED that the Government's Motion for Redetermination of Release (Doc. 31) is GRANTED as follows:

1. Defendant Joetta Grace Denson shall be detained by the United States Marshals Service for a period of ten days.

2. At the expiration of the ten day period of incarceration Defendant shall be placed at a halfway house, subject to all other conditions of release contained in the court's order dated March 22, 2007.

Dated this 27 day of September, 2007.

BY THE COURT:

John E. Simko
United States Magistrate Judge

ATTEST:

JOSEPH HAAS, Clerk

By _Nancy Margulies_ , Deputy

(SEAL)